615 A.2d 732

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Edward DAVIS, Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 23, 1992.

Decided Nov. 10, 1992.

Reconsideration Denied Jan. 7, 1993.

Daniel M. Preminger, Philadelphia, for appellant.

Ronald Eisenberg, Deputy Dist. Atty., Catherine Marshall, Chief, Appeals Div., Laurie Magid, Asst. Dist. Atty., Lori Lowenthal Stern, Philadelphia, for amicus–Support Center for Child Advocates, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS and CAPPY, JJ.

298

ORDER

PER CURIAM.

The order of the Superior Court, 394 Pa.Super. 591, 576 A.2d 1005 (1990), is reversed on the basis of *Commonwealth v. Ludwig*, 527 Pa. 472, 594 A.2d 281 (1991). The judgment of sentence is vacated and the case is remanded to the Court of Common Pleas of Philadelphia for a new trial.

NIX, C.J., and FLAHERTY, J., note their dissent based on their dissents in *Commonwealth v. Ludwig*, 527 Pa. 472, 594 A.2d 281 (1991).